UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20298-Civ-Scola

BRETT LABLUE,

       Plaintiff(s),

vs.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

       Defendant(s).       /

## JOINT NOTICE OF SETTLEMENT

COMES NOW, Plaintiff, Brett LaBlue and Defendant, Life Insurance Company of North America, by and through their undersigned counsel and pursuant to Southern District of Florida *Local Rule* 16.2 (f)(2), *S.D. Fla. L. R.*, hereby notify the Court that the parties to this action have reached a confidential settlement of this matter and anticipate filing a stipulated dismissal with prejudice in the near future.

DATED: April 3, 2017

| By: /s/ Victor Pena | By: /s/ Shari Gerson |
|---|---|
| VICTOR PENA, ESQ. | SHARI GERSON, ESQ. |
| Fla. Bar No. 108094 | Fla. Bar No. 017035 |
| DELL & SCHAEFER | GRAY-ROBINSON, P.A. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 2404 Hollywood Blvd. | 401 East Las Olas Blvd, Ste 1850 |
| Hollywood, FL 33020 | Ft. Lauderdale, FL 33301 |
| T(954) 620-8300 | T(954) 761-8111 |
| F(800) 531-8935 | F(954) 761-8112 |
| victor@diattorney.com | shari.gerson@gray-robinson.com |