UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20298-Civ-Scola

BRETT LABLUE,

       Plaintiff(s),

vs.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

       Defendant(s).          /

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The Plaintiff, BRETT LABLUE, and the Defendant, LIFE INSURANCE COMPANY OF NORTH AMERICA, by and through their undersigned legal counsel hereby jointly stipulate and move that this cause be dismissed, with prejudice, each party bearing its own costs and attorney's fees.

DATED: April 21, 2017

| | |
|---|---|
| By: /s/ Victor Pena | By: /s/ Shari Gerson |
| VICTOR PENA, ESQ. | SHARI GERSON, ESQ. |
| Fla. Bar No. 108094 | Fla. Bar No. 017035 |
| DELL & SCHAEFER | GRAY-ROBINSON, P.A. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 2404 Hollywood Blvd. | 401 East Las Olas Blvd, Ste 1000 |
| Hollywood, FL 33020 | Ft. Lauderdale, FL 33301 |
| T(954) 620-8300 | T(954) 761-8111 |
| F(800) 531-8935 | F(954) 761-8112 |
| victor@diattorney.com | shari.gerson@gray-robinson.com |